| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Metiom, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>Intelisys Electronic Commerce, Inc. | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>13-4108471 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**One Liberty Plaza**<br>**22nd Floor**<br>**New York, NY 10006** | Street Address of Joint Debtor (No. & Street, city, State & Zip Code): |
| County of Residence or of the Principal Place of Business:<br>New York, New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual(s)     ☐ Railroad<br>☒ Corporation     ☐ Stockbroker<br>☐ Partnership     ☐ Commodity Broker<br>☐ Other _____ | | ☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding | |

| Nature of Debts (Check one box)<br>☐ Consumer/Non-Business    ☒ Business | Filing Fee (Check one box)<br>☒ Full filing Fee attached |
|---|---|
| **Chapter 11 Small Business (Check all boxes that apply)**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C.<br>§ 1126(c) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

| Statistical/Administrative Information (Estimates only)<br>☒ Debtor estimates that funds will be available for distribution to unsecured creditors<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1,000-over | |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1,000,000 | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1,000,000 | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>Mētiom, Inc. | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (if more than one, attach additional sheet)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (if more than one, attach additional sheet)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of Debtor (Corporation/Partnership) |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br>X _____<br>    Signature of Joint Debtor<br><br>_____<br>    Telephone Number (if not represented by attorney)<br><br>_____<br>    Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  /s/ Martin P. Colburn<br>    Signature of Authorized Individual<br><br>Martin P. Colburn<br><br>Chief Operating Officer and member of the Office of the Chief Executive of Mētiom, Inc.<br>    Title of Individual Authorized by Debtor to File this Petition<br><br>May 15, 2001<br>    Date |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X /s/ Lee S. Attanasio          (LA-3054)<br>    Signature of Attorney for Debtor(s)<br><br>May 15, 2001<br>    Date | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15d of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐  Exhibit A is attached and made a part of this petition | |
| **Exhibit B**<br><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____<br>    Signature of Attorney for Debtor(s)          Date | _____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

# CERTIFICATE OF RESOLUTION

I, J. Chris Wagner, President and member of the Office of the Chief Executive of Mētiom, Inc., a Delaware corporation (the "Corporation"), hereby certify that at a special meeting of the Board of Directors of the Corporation duly called and held on May 14, 2001, the following resolutions were duly adopted in accordance with the requirements of the Delaware General Corporation Law and that said resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof:

RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors, stockholders, employees, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Bankruptcy Code");

RESOLVED, that each of J. Chris Wagner, President and member of the Office of the Chief Executive, Martin Colburn, Chief Operating Officer and member of the Office of the Chief Executive and Lowell Freiberg, Chief Financial Officer and member of the Office of the Chief Executive, (each an "Authorized Officer" and together, the "Authorized Officers") are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Corporation to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time as said officer executing the same shall determine and in such form or forms as such officer may approve;

RESOLVED, that the firm of Sidley Austin Brown & Wood, 875 Third Avenue, New York, New York 10022, be, and hereby is, employed as attorneys for the Corporation under a general retainer in connection with the prosecution of the Corporation's case under chapter 11 of the Bankruptcy Code;

RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain such other legal counsel, financial advisors, accountants and other professionals, to advise the Corporation in connection with its case under chapter 11 of the Bankruptcy Code as the Authorized Officers deem necessary or appropriate;

RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all such other and further actions which the Authorized Officers or the Corporation's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority (i) to implement a retention program for the benefit of the Corporation's remaining employees; (ii) to transfer the Corporation's shares in Mētiom Australasia Pty Limited to Westpac Banking Corporation in accordance with the terms and conditions of that certain Mētiom Stock Purchase Agreement dated as of May 4, 2001; and (iii) to implement a procedure for, and to consummate, the sale of all or substantially all of the Corporation's remaining assets, with any assets not sold being abandoned;

RESOLVED, that each of the Authorized Officers be, and each of them is, hereby authorized on behalf of, and in the name of, the Corporation to execute any and all plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time as said officer executing the same shall determine;

RESOLVED, that the Authorized Officers of the Corporation be, and each of them hereby is, authorized and directed on behalf of the Corporation to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may reasonably be required to give effect to the consummation of the transactions contemplated by the foregoing Resolutions and any chapter 11 plan of reorganization, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof; and

RESOLVED, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Corporation on its behalf, such actions are hereby ratified and confirmed in their entirety.

IN WITNESS WHEREOF, I have hereunto set my hand this 15th day of May, 2001.

/s/ J. Chris Wagner
J. Chris Wagner
President and member of the Office
of the Chief Executive of Metiom, Inc.

Lee S. Attanasio (LA-3054)
Roger G. Schwartz (RS-0721)
SIDLEY AUSTIN BROWN & WOOD
875 Third Avenue
New York, New York  10022
(212) 906-2000

    -- and --

Norman N. Kinel (NK-0474)
Ellen R. Moring (EM-3093)
SIDLEY AUSTIN BROWN & WOOD LLP
One World Trade Center
New York, New York  10048
(212) 839-5300

Attorneys for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Mētiom, Inc., | : | Case No. 01-_____(__) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------------x

## TWENTY LARGEST UNSECURED CREDITORS OF MĒTIOM, INC.[1]

| | Name of Creditor | Nature of Claim | Claim Classification | Claim Amount |
|---|---|---|---|---|
| 1. | Telstra Corporation Limited Level 6, Southbank Boulevard Southbank, Victoria 3006 Australia <u>Attn</u>: Purchase.net Services Manager Telephone: 613-9256-5813 Fax: 613-9256-5720 | Trade/Litigation | | $5,450,000.00 |

---

[1] This list reflects amounts as of May 14, 2001 and may not reflect the actual amount owing by the Debtor as of the Petition Date.  The Debtor reserves all rights to challenge the validity of amounts reflected herein or the classifications of the claims.

| Name of Creditor | Nature of Claim | Claim Classification | Claim Amount |
|---|---|---|---|
| 2. Intuit, Inc.<br>2550 Garcia Avenue<br>Mountain View, California 94043<br>Attn: Ken Mudge<br>Telephone: (650) 944-6000<br>Fax: (650) 944-6622 | Trade/Litigation | Unliquidated<br>Contingent<br>Disputed | $5,000,000.00 |
| 3. The Chase Manhattan Bank<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Attn: Mr. Bruce Addison<br>Telephone: (212) 899-7392<br>Fax: (212) 789-5275 | Loan | | $3,500,000.00 |
| 4. Oracle Corporation<br>PO Box 71028<br>Chicago, Illinois 60694-1028<br>Attn: Ms. Jean Woods<br>Telephone: (415) 506-7000<br>Fax: (916) 315-4089 | Trade | Unliquidated<br>Disputed | $ 836,157.00 |
| 5. Hewlett Packard Company<br>19111 Pruneridge Road<br>Cupertino, CA 95014<br>Attn: Colleen Gohegan<br>Telephone: (800) 373-2090<br>Fax: (589) 581-3507 | Trade/<br>Equipment<br>Lease | | $ 771,583.00 |
| 6. Intira Corporation<br>5667 Gibraltar Drive<br>Pleasanton, CA 94588<br>Attn: Kevin Meaney<br>Telephone: (925) 924-8000<br>Fax: (925) 224-7964 | Trade | | $ 567,154.00 |
| 7. Braun Consulting, Inc.<br>30 West Monroe, Suite 300<br>Chicago, Illinois 60603<br>Attn: Stephen Miller<br>Telephone: (312) 984-7000<br>Fax: (312) 984-7033 | Trade | Unliquidated<br>Disputed | $ 526,111.00 |

| Name of Creditor | Nature of Claim | Claim Classification | Claim Amount |
|---|---|---|---|
| 8. First Union National Bank<br>One First Union Center<br>Charlotte, North Carolina<br>28288-0166<br>Attn: John Wheatley<br>Telephone: (704) 383-5199<br>Fax: (704) 374-2393 | Trade | Unliquidated<br>Disputed | $ 500,000.00 |
| 9. Milbank, Tweed, Hadley &<br>McCloy<br>1 Chase Manhattan Plaza<br>New York, New York 10005-<br>1413<br>Attn: G. Morris Dolby<br>Telephone: (212) 530-5000<br>Fax: (212) 530-5219 | Trade/ Legal<br>Services | | $ 454,885.00 |
| 10. BEA Systems<br>2315 North First Street<br>San Jose, California 95131<br>Attn: Legal Counsel<br>Telephone: (408) 570-8249<br>Fax: (408) 570-8901 | Trade | Unliquidated<br>Disputed | $ 314,925.00 |
| 11. Immedient<br>12700 Park Central Drive<br>Suite 1400<br>Dallas, Texas 75397-1725<br>Attn: Susan Paul, Branch<br>Manager<br>Telephone: (972) 687-0420<br>Fax: (972) 687-0421 | Trade | Unliquidated<br>Disputed | $ 169,263.00 |
| 12. Donald Marchon<br>37 Roundtree Drive<br>Melville, New York 11747 | Employment<br>Contact | Contingent | $ 168,269.00 |
| 13. William Dunn<br>4 Groton Drive<br>Terryville, New York 11776 | Employment<br>Contact | Unliquidated<br>Contingent | $ 167,152.00 |

| | Name of Creditor | Nature of Claim | Claim Classification | Claim Amount |
|---|---|---|---|---|
| 14. | EC Strategies Pty Ltd.<br>PO Box 266<br>St. Leonards NSW 1590<br>Australia<br>Attn: Dominique Fisher<br>Telephone: (24) 959-3186<br>Fax: 02 9436 5302 | Trade | Unliquidated Disputed | $ 167,634.00 |
| 15. | Deloitte & Touche<br>PO Box 1613<br>Stamford, Connecticut 06920-1613<br>Attn: Richard P. Shanley<br>Telephone: (888) 258-4772<br>Fax: (212) 653-4792 | Trade/ Accounting Services | | $ 163,350.00 |
| 16. | KPMG Consulting LLC<br>O'Hare Plaza<br>8725 West Higins Road<br>Chicago, Illinois 60631<br>Attn: Edward Primosch<br>Telephone: (312) 665-2940<br>Fax: (312) 665-2933 | Trade | | $ 153,225.00 |
| 17. | Proquire, LLC<br>c/o Accenture LLP<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Attn: John McCulla<br>Telephone: (703) 947-2500<br>Fax: (804) 342-1113 | Trade | Unliquidated Disputed | $ 144,796.00 |
| 18. | TypeA Communications<br>280 North 8th Street, Suite 206<br>Boise, Idaho 83702<br>Attn: Martin Flynn<br>Telephone: (208) 389-9979<br>Fax: | Trade | Unliquidated Disputed | $ 141,228.00 |
| 19. | Michael Collins<br>11537 Tralee Road<br>Great Falls, Virginia 22066 | Employment contract | Unliquidated Contingent | $ 122,564.00 |

| | Name of Creditor | Nature of Claim | Claim Classification | Claim Amount |
|---|---|---|---|---|
| 20. | PGI, Inc.<br>PO Box 62003<br>Baltimore, Maryland 21264-2003<br>Attn: Sheila McGuire<br>Telephone: (212) 366-6565<br>Fax: (212) 366-1754 | Trade | Unliquidated Disputed | $ 111,431.00 |

## DECLARATION REGARDING DEBTOR'S LIST OF
## TWENTY LARGEST UNSECURED CREDITORS

I declare under penalty of perjury that the foregoing List of Twenty Largest

Unsecured Creditors of Mētiom, Inc. is, to the best of my knowledge, belief and understanding,

true and correct.

/s/ Martin P. Colburn
Martin P. Colburn
Chief Operating Officer and Member of the
Office of the Chief Executive
Mētiom, Inc.

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Martin P. Colburn, Chief Operating Officer and member of the Office of the Chief Executive of Mētiom, Inc., a Delaware corporation (the "Corporation") named as debtor in this case, declare under penalty of perjury that I have read the foregoing Voluntary Petition and Related Documents, and that it is true and correct to the best of my information and belief.

Date <u>May 15, 2001</u>

<u>/s/ Martin P. Colburn</u>
Martin P. Colburn
Chief Operating Officer and member of
the Office of the Chief Executive of
Mētiom, Inc.