Robert E. Grossman (RG-3602)
Andrew I. Silfen (AS-1264)
Schuyler G. Carroll (SC-0100)
Maria A. Bove (MAB-8687)
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
505 Park Avenue
New York, New York 10022
(212) 753-7200

Attorneys for Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re                                                    Chapter 11

    M•TIOM, INC.,                        Case No. 01 B 12840 (RLB)

           Debtor.

-----------------------------------------------------------x

## STIPULATION AND ORDER

WHEREAS, on May 15, 2001 (the "Filing Date"), M'tiom, Inc. (the "Debtor") filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code.

WHEREAS, on May 18, 2001, the Official Committee of Unsecured Creditors was appointed in this proceeding (the "Committee").

WHEREAS, on July 19, 2001, the Debtor filed a Liquidating Plan of Reorganization and Disclosure Statement.

WHEREAS, the Debtor and the Committee agree that it is in the best interest of the estate for the Debtor and the Committee to file a joint plan of reorganization.

NOW THEREFORE, IT IS HEREBY STIPULATED, AGREED and

ORDERED, that pursuant to §105 of the Bankruptcy Code, the exclusive periods described in § 1121(b) and (c) of the Bankruptcy Code during which only the Debtor may file a plan and during which only the Debtor may solicit acceptances to such a plan be, and hereby are,

modified solely to permit the Debtor and the Committee to file a joint Chapter 11 plan or plans (and accompanying disclosure statements) and upon approval of the Bankruptcy Court of any such disclosure statement, to solicit acceptances thereof.

| | |
|---|---|
| OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP<br>Attorneys for the Official Committee<br>of Unsecured Creditors | SIDLEY AUSTIN BROWN & WOOD<br>Attorneys for the Debtors |
| By: /s/ Andrew I. Silfen<br>Andrew I. Silfen (AS-1264)<br>Schuyler G. Carroll (SC-0100)<br>Maria A. Bove (MAB-8687)<br>505 Park Avenue<br>New York, New York 10022<br>(212) 753-7200 | By: /s/ Lee S. Attanasio<br>Lee Stein Attanasio (LA-3054)<br>875 Third Avenue<br>New York, New York<br>(212) 906-2000 |
| Dated: New York, New York<br>October ___, 2001 | Dated: New York, New York<br>October ___, 2001 |

**SO ORDERED:**

Dated: October _19_, 2001            s/Richard L. Bohanon
                                      UNITED STATES BANKRUPTCY JUDGE