Lee S. Attanasio (LA-3054)
Lance A. Schildkraut (LS-9350)
SIDLEY AUSTIN BROWN & WOOD
875 Third Avenue
New York, New York  10022
(212) 906-2000

Guy S. Neal
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorneys for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :
     MËTIOM, INC.,                              :     Case No. 01-12840 (RLB)
                                                :
           Debtor.                              :
---------------------------------------------------------------x
STATE OF NEW YORK          )
                           )  s.s.:
COUNTY OF NEW YORK         )

## AFFIDAVIT OF SERVICE

KATHERINE STEINBERG, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over the age of eighteen (18) years of age and is employed by Sidley Austin Brown & Wood, 875 Third Avenue, New York, New York 10022;

2. On October 19, 2001, deponent caused to be served, a true and correct copy of the following document:

**Notice of (I) Approval of Disclosure Statement, (II) Hearing to Consider Confirmation of Joint Plan of Liquidation and (III) Last Date for Filing Objections to Confirmation of the Plan** To All Holders Of Administrative Claims, Priority Tax Claims, Priority Claims Classified In Class 1 And Miscellaneous Secured Claims Classified In Class 2;

by first class mail, postage prepaid, on the persons listed on the service list annexed hereto.

/s/Katherine Steinberg
KATHERINE STEINBERG

Subscribed and sworn to me this
24th day of October, 2001

/s/Eileen A. McDonnell
Notary Public
Notary Public
EILEEN A. MCDONNELL
Notary Public, State of New York
No. 01MC4857395
Qualified in Queens County
Commission Expires April 28, 2002

Service List

Mark W. Killian, Director
Arizona Department of Revenue
1600 W. Monroe Street
Phoenix, AZ 85007

Timothy J. Leathers, Commissioner
Arkansas Department of Revenue
Joel Y. Ledbetter Building
PO Box 1272
Little Rock, Arkansas 72203

Kathleen Connell, State Controller
California State Board of Equalization
1020 N. Street
PO Box 942879
Sacramento, CA 94279-0001

Kenneth L. Miller, Commissioner
Indiana Department of Revenue
State Office Building
100 N. Senate Avenue
Indianapolis, IN 46204

Gene Gavin, Commissioner
CT Department of Revenue Services
25 Sigourney Street
Hartford, CT 06106

T. Jerry Jackson, Commissioner
Georgia Department of Revenue
270 Washington Street, SW
Atlanta, GA 30334

Glen L. Bower, Director
Illinois Department of Revenue
101 W. Jefferson Street
Spriongfield, Il 62794

Mike Hayden, Secretary
Kentucky Revenue Cabinet
200 Fair Oaks Lane
Frankfort, KY 40620

Frederick A. Laskey, Commissioner
Massachusetts Department of Revenue
51 Sleeper Street
Boston, MA 02210

June Summers Haas, Commissioner
Michigan Bureau of Revenue
Department of Treasury
Treasury Building
430 West Allegan Street
Lansig, MI 48922

Carol Russell Fischer, Director
Missouri Department of Revenue
PO Box 311
301 W. High Street
Jefferson City, MO 65105-0311

Robert K. Thompson, Director
New Jersey Division of Taxation
Department of the Treasury
50 Barrack Street, CN240
Trenton, NJ 08646

Muriel K. Offerman, Secretary
North Carolina Department of Revenue
PO Box 25000
501 N. Wilmington Street
Raleigh, NC 27604-8001

Elizabeth Harchenko, Director
Oregon Departmetn of Revenue
Revenue Building
955 Center Street, NE
Salem, OR 97301-2555

Elizabeth Carpentier, Chairman
South Carolina Tax Commission
301 Gervais Street
PO Box 125
Columbia, SC 29214

Ruth E. Johnson, Commissioner
Tennessee Department of Revenue
Andrew Jackson State Office Building
500 Deaderick Street
Nashville, TN 37242

Mathew G. Smith, Commissioner
Minnesota Department of Revenue
600 North Robert Street
St. Paul, MN 55107

Arthur J. Roth, Commissioner
NYS Department of Taxation & Finance
W.A. Harriman State Office Building Campus
Albany, NY 12227-0215

R. Gary Clark, Tax Administrator
Rhode Island Division of Taxation
Providence, RI 02908-5800

Carole Keeton Rylander, Comptroller
Texas Comptroller of Public Accounts
LBJ State Office Building
111 East 17th Street
Austin, TX 78774

Danny M. Payne, Commissioner
Virginia Department of Taxation
PO Box 1880
2220 W. Broad Street
Richmond, VA 23220-1880

William Donald Schaefer, State Comptroller
Maryland Comptroller of the Treasury
1221 Goldstein Treasury Building
PO Box 466
Annapolis, MD 21404

Maryland Department of Labor
Licensing and Regulation
1100 north Eutaw Street, Rm. 400
Baltimore, MD 21201

State of Florida
Department of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668

State of Indiana
402 W. Washington Street, Rm. W479
Indianapolis, IN 46204
ATTN: Dan Gettelfinger

State of New Jersey
Division of Employer Accounts
Department of Labor
PO Box 077
Trenton, NJ 08625-0077

State of New Jersey
Division of Taxation
Compliance Activity
PO Box 245
Trenton, NJ 08646

Commonwealth of Massachusetts
Department of Revenue
Box 9484
Boston, MA
ATTN: Victor Savickas

Franchise Tax Board
PO Box 94857
Sacramento, CA 94257-0600

State of California
Employment Development Department
Bankruptcy Unit MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

City of New York
Department of Revenue
Bankruptcy and Assignment Unit
345 Adams Street
Floor 10
Brooklyn, NY 11201

Department of Treasury – IRS
290 Broadway
Stop 5 Floor
New York, NY 10007

Department of Revenue
Bureau of Compliance
Department 280956
Harrisburg, PA 17128-0946

Jon Robinson
743 Gieldston Drive
NE #103
Leesburg, VA 20176

NY1 5045318v1