Lee S. Attanasio (LA-3054)
Lance A. Schildkraut (LS-9350)
SIDLEY AUSTIN BROWN & WOOD
875 Third Avenue
New York, New York  10022
(212) 906-2000

Guy S. Neal
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorneys for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MËTIOM, INC., | : | Case No. 01-12840 (RLB) |
| | : | |
| Debtor. | : | |

------------------------------------------------------------------x

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )   s.s.: |
| COUNTY OF NEW YORK | ) |

## AFFIDAVIT OF SERVICE

KATHERINE STEINBERG, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over the age of eighteen (18) years of age and

   is employed by Sidley Austin Brown & Wood, 875 Third Avenue, New York, New

   York 10022;

2. On October 19, 2001, deponent caused to be served, a true and correct copy of the

   following documents:

i)  **Notice of (I) Approval of Disclosure Statement, (II) Hearing to Consider Confirmation of Joint Plan of Liquidation and (III) Last Date for Filing Objections to Confirmation of the Plan** To All Holders Of Administrative Claims, Priority Tax Claims, Priority Claims Classified In Class 1 And Miscellaneous Secured Claims Classified In Class 2;

ii)  **Notice of (I) Approval of Disclosure Statement, (II) Fixing Time for Voting to Accept or Reject the Joint Plan of Liquidation of Metiom, Inc., (III) Hearing to Consider Confirmation of Plan and (IV) Last Date for Filing Objections to Confirmation of the Plan** To All Holders Of Impaired Claims Classified In Classes 3 And 4;

iii)  **Class 3 – General Unsecured Claims Ballot**; and

iv)  **Disclosure Statement with Respect to Joint Plan of Liquidation of Metiom, Inc.,** together with Exhibits A and B thereto;

by first class mail, postage prepaid, on those persons listed on the service list annexed hereto.

/s/Katherine Steinberg
KATHERINE STEINBERG

Subscribed and sworn to me this
24th day of October, 2001

/s/Eileen A. McDonnell
Notary Public
Notary Public
EILEEN A. MCDONNELL
Notary Public, State of New York
No. 01MC4857395
Qualified in Queens County
Commission Expires April 28, 2002

3

<u>Service List</u>

The Boyer 57 Associates
127 South 500 East
Suite 100
Salt Lake Sity, UT 84102-1906

DBS Inc.
4695 MacARthur Court
Suite 470
Newport Beach, CA 92660

Gateway Plaza Mgt. Corp.
375 south End Avenue
New York, NY 10280

Lend Lease AAF III
The Shores I and II
PO Box 100625
Pasadena, CA 91189-0625

Regus Business Center Corp.
18 W. 140 Butterfield Road
15th Floor
Oakbrook Terrace, IL 60181

Vantas
PO Box 9219
Uniondale, NY 11553-9219

Waterloo Warehouse Equities
400-111 gordon Baker Road
Toronto, ON M2H 3R1
Canada

Regus Business Center Corp.
1195 Freedom Drive
13th Floor
Reston, VA 20190

4